JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LEE VANDERVEEN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE; A. CORTEZ, individually and as Deputy Sheriff No.: 8692 for the Orange County Sheriff's Department; K. REINHARDT, individually and as Deputy Sheriff No.: 8996 for the Orange County Sheriff's Department; D. VON VOIGT, individually and as Deputy Sheriff No.: 8965 for the Orange County Sheriff's Department; and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 8:19-cv-00682-AG-KES<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41**<br><br>HEARING DATES PENDING:<br>Type: Final Pretrial Conference<br>Date: August 31, 2020<br>Time: 8:30 a.m.<br><br>Type: Trial<br>Date: September 15, 2020<br>Time: 9:00 a.m. |

GOOD CAUSE APPEARING, and in accordance with the parties' Joint Stipulation for Dismissal Pursuant to Federal Rules of Civil Procedure Rule 41, the above-entitled action is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED**.

DATED: January 24, 2020

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE